104 F.3d 355w
 NOTICE: THIS SUMMARY ORDER MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY, BUT MAY BE CALLED TO THE ATTENTION OF THE COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA. SEE SECOND CIRCUIT RULE 0.23.
Joan Carol LIPIN, Plaintiff-Appellant,
v.
AMERICAN NATIONAL RED CROSS, American Red Cross in Greater
New York, Robert M. Bender, Jr., Mary Stanton,
Mark A. Jacoby, Lawrence J. Baer, and
Jesse D. Wolff, Defendants-Appellees.
Joan Carol LIPIN, Plaintiff-Appellant,
v.
AMERICAN RED CROSS IN GREATER NEW YORK; American National
Red Cross; Robert M. Bender, Jr.; James T.
Byrne, Jr.; Carl Desch; Barbara E.
Fletcher, Defendants-Appellees.
 Nos. 96-7195, 96-7193.
 United States Court of Appeals, Second Circuit.
 Dec. 12, 1996.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION